# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW HECKMAN, | No. 4:20-CV-01680 |
| Plaintiff, | (Judge Brann) |
| v. | |
| UPMC WELLSBORO, NORTH PENN COMPREHENSIVE HEALTH SERVICES, and THE GREEN HOME, | |
| Defendants. | |

## ORDER

**AND NOW**, this 7th day of July 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motions to dismiss (Doc. 33; Doc. 39; Doc. 49) are **DENIED**.

2. Defendants' answers to the amended complaint are due no later than July 21, 2021.

3. Plaintiff's motion for oral argument (Doc. 62) is **DENIED as moot**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge