IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW HECKMAN, | No. 4:20-CV-01680 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| NORTH PENN COMPREHENSIVE HEALTH SERVICES, THE GREEN HOME, and UPMC WELLSBORO, | |
| Defendants. | |

## ORDER

**JUNE 9, 2023**

Defendants seek the Court's leave to depose Plaintiff Matthew Heckman beyond the one-day, seven-hour limitation in Federal Rule of Civil Procedure 30(d)(1).[1] Plaintiff opposes Defendants' request.[2] Heckman is scheduled to be deposed by Defendant North Penn Comprehensive Health Services next week. Counsel for North Penn anticipates using most, if not all, of the allotted seven hours to depose Heckman.

UPMC Wellsboro has represented to the Court that it requires additional time to depose Heckman due to the complex nature of his allegations and the lack of any substantial factual overlap between Heckman's claims against UPMC Wellsboro and his claims against North Penn. The Court finds Defendants' justification

---

[1] Doc. 102.
[2] Docs. 103, 105.

appropriate under Rule 26(b)(1) and (2). Accordingly, **IT IS HEREBY ORDERED** that Heckman shall sit for one additional day of deposition testimony not to exceed seven hours.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge