IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW HECKMAN,<br><br>Plaintiff,<br><br>v.<br><br>NORTH PENN COMPREHENSIVE HEALTH SERVICES, and UPMC WELLSBORO,<br><br>Defendants. | No. 4:20-CV-01680<br><br>(Chief Judge Brann) |

## ORDER

AUGUST 30, 2024

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant North Penn Comprehensive Health Services' Motion for Summary Judgment (Doc. 125) and Defendant UPMC Wellsboro's Motion for Summary Judgment (Doc. 122) are **GRANTED IN PART and DENIED IN PART**.

2. A telephonic status conference with counsel of record will be scheduled by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge