IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATTHEW HECKMAN, | : | Civil No. 4:20-CV-001680 |
| | : | |
| Plaintiff, | : | |
| | : | (Chief Judge Brann) |
| v. | : | |
| | : | (Chief Mag. Judge. Bloom) |
| | : | |
| NORTH PENN COMPREHENSIVE HEALTH SERVICES and UPMC WELLSBORO, | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 13th day of December 2024, **IT IS HEREBY ORDERED THAT** a settlement conference shall be conducted in the undersigned's chambers on **January 21, 2025, at 1:00 p.m.**, in the Sylvia H. Rambo U.S. Courthouse in Harrisburg, PA, 9th Floor. All counsel and named parties shall participate in the conference in-person. By **January 14, 2025**, the parties shall submit to the undersigned a brief, concise, and confidential settlement memorandum setting forth the parties'

assessment of the case and settlement recommendations via email at: Magistrate_Judge_Bloom@pamd.uscourts.gov

In addition, by **January 10, 2025,** the parties shall begin the settlement process by exchanging a demand by the plaintiff, and a counter-offer by the defendants. The parties' confidential memoranda should update the Court on the status of these settlement discussions.

*s/ Daryl F. Bloom*
Daryl F. Bloom
Chief United States Magistrate Judge
