# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW HECKMAN, | No. 4:20-CV-01680 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| NORTH PENN COMPREHENSIVE HEALTH SERVICES and UPMC WELLSBORO, | |
| Defendants. | |

## ORDER

### OCTOBER 28, 2025

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's motion *in limine*, Doc. 197, is **DENIED.**

2. Defendant's motion *in limine*, Doc. 199, is **DENIED.**

3. Defendant's motion *in limine*, Doc. 201, is **DENIED.**

4. Defendant's motion *in limine*, Doc. 203, is **DENIED.**

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge