## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MATTHEW HECKMAN,

      Plaintiff,

    v.

NORTH PENN COMPREHENSIVE
HEALTH SERVICES and UPMC
WELLSBORO,

      Defendants.

No. 4:20-CV-01680

(Chief Judge Brann)

## ORDER

**NOVEMBER 5, 2025**

In accordance with the in-person pretrial conference held on November 3, 2025, **IT IS HEREBY ORDERED** that:

1. **Jury Selection.** Jury selection will be held on **December 1**, **2025**, **at 9:30 a.m.** in Courtroom Number 1, Fourth Floor, United States Courthouse and Federal Building, 240 West Third Street, Williamsport, Pennsylvania. Counsel shall convene with the undersigned prior to jury selection at 9:00 a.m. in Chambers, Suite 401, to discuss any preliminary matters.

2. **Trial.** Trial will commence immediately following jury selection. Trial is currently anticipated to last for approximately five (5) days. Trial will

begin at 9:30 a.m. each day. Counsel are attached for jury selection and trial.

3.    **Jury Composition.** Pursuant to Federal Rule of Civil Procedure 48 and the agreement of the parties, the jury shall consist of eight (8) persons.

4.    **Voir Dire.** During voir dire, each party is entitled to three (3) peremptory challenges.

5.    **Opening Statements and Closing Arguments.** Each party shall have approximately thirty (30) minutes to forty-five (45) minutes to deliver their opening statements and forty-five (45) minutes to deliver their closing argument.

6.    **Exhibits.** No later than November 24, 2025, which is one week prior to trial, each party shall submit **to the Court**:

a.    Two (2) final exhibit lists using the form appended to this Order.[1]

b.    Two (2) complete sets of exhibits contained in 3-ring binders, one for the Court's use and the other will be the original, which will be offered into evidence.

c.    Counsel shall also submit an electronic copy of their exhibits on a USB flash drive.[2] Documents and photographs shall be in .pdf,

---

[1]    You may contact Chambers to obtain a Word version of this form.
[2]    Electronic exhibits on the USB flash drive shall be named in conformance with the "Exhibit Formatting Instructions for Batch Importing" available at http://www.pamd.uscourts.gov/jers.

.jpg, .bmp, .tif, or .gif format; video and audio recordings shall be in .avi, .wmv, .mpg, .wma, or .wav format. Each electronic exhibit shall be saved as a separate, independent file, and provided to the Court on a storage device, such as cd, dvd, or flash drive. Exhibits filed shall be named consistent with their order and name on the final exhibit list.

For Example:

      1_Medical Records from UPMC

      1-1_ 1/10/2023 Office visit notes

      1-2_ 1/15/2023 MRI report

      1-3_1/15/2023 MRI Images

      2_PSP Accident Report dated 12/28/2022

      3_Photographs of injuries

      3-1-Photograph of left knee

      3-1_Photograph of left ankle

7.    All parties are expected to use presentation technology to display evidence.[3]  Testing your device, if needed, shall be arranged well in advance of trial with the courtroom deputy and/or systems team member, by contacting Matthew Minchhoff, telephone number: (570) 601-8500.

8.    **Witness Lists.** By November 24, 2025, each party shall submit <u>to the Court</u> a list of the names of any witnesses it intends to call at trial.

9.    **Sequestration.** Witnesses will be sequestered pursuant to Federal Rule of Evidence 615.

10.    **Stipulations.** The parties may agree to stipulations. Any such stipulations are to be docketed with the Court in advance of trial and then read to the jury by counsel or the Court at an appropriate time during trial.

11.    **Bethany Heckman.** At the pretrial conference, parties raised the issue of whether Bethany Heckman need be present at trial. Plaintiff counsel has indicated their intent to provide North Penn's counsel the marital agreement between Bethany and Matthew Heckman. Parties are to submit, by November 14, 2025, either a memorandum detailing an

---

[3]    See http://www.pamd.uscourts.gov/courtroom-technology.

agreement of the issue or motions laying out the dispute and relief sought.

BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

**Caption:**

**Case No:**

**Judge:**

**Date:**

## <u>EXHIBIT LIST</u>

| Completed by Counsel | | Completed by Courtroom Deputy | | |
|---|---|---|---|---|
| **Exhibit No. (P/D-#)** | **Exhibit Description** | **Date Identified** | **Date Admitted** | **Witness** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |