# EXHIBIT B

# CONFIDENTIAL
# DOCUMENT FORM



*Case Records Public Access Policy of the Unified Judicial System of Pennsylvania*
204 Pa. Code § 213.81
www.pacourts.us/public-records

FILED
___ COUNTY, PA
2025 AUG 26  PM 2: 25

PROTHONOTARY &
CLERK OF COURTS

BETHANY M HANBACH
(Party name as displayed in case caption)

279 FS 2023
Docket/Case No.

Vs.

MATTHEW P. HECKMAN
(Party name as displayed in case caption)

Tioga County Ct. of Common Pleas
Court

This form is associated with the pleading titled **Marital Settlement Agreem**, dated _____, _____.

Pursuant to the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania*, the Confidential Document Form shall accompany a filing where a confidential document is required by law, ordered by the court, or is otherwise necessary to effect the disposition of a matter. This form shall be accessible to the public, however the documents attached shall not be publicly accessible, except as ordered by a court. The documents attached will be available to the parties, counsel of record, the court, and the custodian. **Please only attach documents necessary for the purposes of this case.** Complete the entire form and check all that apply. This form and any additional pages must be served on all unrepresented parties and counsel of record.

| Type of Confidential Document | Paragraph, page, etc. where the confidential document is referenced in the filing: |
|---|---|
| ☐ Financial Source Documents | |
| ☐ Tax Returns and schedules | |
| ☐ W-2 forms and schedules including 1099 forms or similar documents | |
| ☐ Wage stubs, earning statements, or other similar documents | |
| ☐ Credit card statements | |
| ☐ Financial institution statements (e.g., investment/bank statements) | |
| ☐ Check registers | |
| ☐ Checks or equivalent | |
| ☐ Loan application documents | |
| ☐ Minors' educational records | |
| ☐ Medical/Psychological records | |
| ☐ Children and Youth Services' records | |
| ☐ Marital Property Inventory and Pre-Trial Statement as provided in Pa.R.C.P. No. 1920.33 | |
| ☐ Income and Expense Statement as provided in Pa.R.C.P. No. 1910.27(c) | |
| ☒ Agreements between the parties as used in 23 Pa.C.S. §3105 | Complete |

I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

_____
Signature of Attorney or Unrepresented Party

08/25/25
Date

Name: Anne K. Leete

Attorney Number: (if applicable) 319924

Address: 17 Central Avenue

Telephone: (570) 724-1832

Wellsboro PA 16901

Email: aleete@ptd.net

Rev. 7/2018

| | |
|---|---|
| BETHANY M. HANBACH<br>(fka HECKMAN)<br>Plaintiff, | : IN THE COURT OF COMMON PLEAS<br>:<br>: OF TIOGA COUNTY PENNSYLVANIA<br>: |
| Vs. | : NO 279 FS 2023<br>: |
| MATTHEW P. HECKMAN<br>Defendant | : CIVIL ACTION: DIVORCE<br>: |

## MARITAL SETTLEMENT AGREEMENT

AND NOW, this ___26th___ day of ___August___ 2025, this Marital Settlement

Agreement is made between Husband Matthew P. Heckman (hereinafter "Husband"),

and Wife Bethany M. Hanbach (hereinafter "Wife").

## WITNESSETH



_____BMH                    _____MPH



1.  **Separate Residences.**

2.  **Personal Property**

_____BMH                                    _____MPH



3.    **Real Estate**



_____BMH                    _____MPH



4.    Retirement and Investment Accounts.

5.    Alimony, Spousal Support, and Alimony Pendente Lite



_____BMH    _____MPH



6. **Business Interests.**



7. **Lawsuit Proceeds and Costs.**

Husband and Wife are parties to a lawsuit against UPMC Wellsboro, North Penn Comprehensive Health Services, and The Green Home, currently pending in the U.S. Federal District Court for the Middle District of Pennsylvania.

_BMH              _MPH

Should the lawsuit result in proceeds payable to one or both of the parties, Husband shall receive of one hundred (100) percent of the net proceeds after payment of attorney's fees and costs.  In the event that one or both of the parties owes costs, or fees, including attorney's fees at the conclusion of the case, Husband agrees to assume sole responsibility for the same, and to release and indemnify Wife from all liability associated therewith.

8.    **Financial Obligations**



9.    **Legal Fees.**



_BMH

_MPH

10. **Taxes.**



11. **Breach of Agreement.**



_BMH    _MPH

12.     **Incorporation into Divorce Decree.**



13. **Legal Advice.**



14. **Mutual Release.**



_____BMH                              _____MPH

15. **Jurisdiction**



16. **Severability**



17. **Death Prior to Entry of Divorce Decree**



18.    **Entire Agreement**

This Agreement is the complete and entire understanding between the parties.

There are no agreements, understandings, or promises between the parties other than

those specifically set forth herein.

IN WITNESS WHEREOF, the parties hereto have set their hands and seals the day and year above first written. Each of the parties hereto has carefully ready and considered this agreement and all of the statements, terms, conditions, and provisions hereto prior to signing below.

BETHANY M. HANBACH                    MATTHEW P. HECKMAN

_____BMH                                         _____MPH