# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MATTHEW HECKMAN,

      Plaintiff,

      v.

NORTH PENN COMPREHENSIVE
HEALTH SERVICES and UPMC
WELLSBORO,

      Defendants.

No. 4:20-CV-01680

(Chief Judge Brann)

## ORDER

### NOVEMBER 25, 2025

AND NOW, upon consideration of North Penn Comprehensive Health Services' Motion for Clarification, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

It is further **ORDERED** that the Court's November 20, 2025 Memorandum Opinion & Order (Doc. 241) is hereby clarified as follows:

1. Evidence and argument as to whether Defendants are joint employers is permitted at trial; and

2. Heckman retains the burden of proof as to that issue at trial.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge