**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

MATTHEW HECKMAN,

      Plaintiff,

      v.

NORTH PENN COMPREHENSIVE
HEALTH SERVICES and
UPMC WELLSBORO,

      Defendants.

No. 4:20-CV-01680

(Chief Judge Brann)

## ORDER

**DECEMBER 4, 2025**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant North Penn Comprehensive Medical Services ("North Penn")'s motion for judgment as a matter of law under Rule 50(a) (Doc. 264) and Defendant UPMC Wellsboro's motion for the same (Doc. 266) are **GRANTED**. Judgment is entered in favor for Defendants North Penn and UPMC Wellsboro. Matthew Heckman ("Heckman")'s FLSA claims are dismissed. Trial may proceed on North Penn's breach of contract dispute and Heckman's affirmative defenses.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge