IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW HECKMAN, | No. 4:20-CV-01680 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| NORTH PENN COMPREHENSIVE HEALTH SERVICES and UPMC WELLSBORO, | |
| Defendants. | |

## ORDER

### DECEMBER 4, 2025

I find that counterclaim-defendant Matthew Heckman has not met his burdens of proof on his affirmative defenses of unclean hands and unlawful penalty clause. In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Heckman's equitable affirmative defenses of unclean hands and penalty clause are dismissed.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge